UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

12 CV 02906

GARY SANDERS

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

DETECTIVE SEAN BUTLER
DETECTIVE JOHN DOE
DETECTIVE JOHN DOE
DETECTIVE JOHN DOE

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes ☐ No
(check one)

FILED
U.S. DISTRICT COURT
12 APR 12  P 3: 59
S.D. OF N.Y.

**I.    Parties in this complaint:**

A.    List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name    GARY SANDERS
ID #    349-11-11865
Current Institution    09-09 HAZEN ST.
Address    E. ELMHURST, N.Y. 11370

B.    List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name    DETECTIVE SEAN BUTLER    Shield #
Where Currently Employed    MANHATTAN ROBERY SQUAD
Address    34 1/2  12TH ST.
NEW YORK, NEW YORK
IS BEING SUED IN OFFICIAL AND INDIVIDUAL CAPACITY.

_Rev. 05/2010_    1

Defendant No. 2       Name  DETECTIVE JOHN DOE          Shield # _____

Where Currently Employed  WAS ON DUTY ON 2/29/12 8AM TO 4PM SHIFT

Address  ON THE 6TH FL. MANHATTAN CRIMINAL COURT BLDG. ON
THE D.A. AREA OF THE BLDG.
IS BEING SUED IN OFFICIAL AND INDIVIDUAL CAPACITY.

Defendant No. 3       Name  DETECTIVE JOHN DOE          Shield # _____

Where Currently Employed  WAS ON DUTY ON 2/29/12 8 TO 4PM SHIFT

Address  ON THE 6TH FL. MANHATTAN CRIMINAL COURT BLDG. ON
THE D.A. AREA OF THE BLDG.
IS BEING SUED IN OFFICIAL AND INDIVIDUAL CAPACITY.

Defendant No. 4       Name  DETECTIVE JOHN DOE          Shield # _____

Where Currently Employed  WAS ON DUTY ON 2/29/12 8AM TO 4PM SHIFT

Address  ON THE 6TH FL. MANHATTAN CRIMINAL COURT BLDG. ON
THE D.A. AREA OF THE BLDG.
IS BEING SUED IN OFFICIAL AND INDIVIDUAL CAPACITY.

Defendant No. 5       Name  _____          Shield # _____

Where Currently Employed  _____

Address  _____

## II.    Statement of Claim:

State as briefly as possible the facts of your case.    Describe how each of the defendants named in the
caption of this complaint is involved in this action, along with the dates and locations of all relevant events.
You may wish to include further details such as the names of other persons involved in the events giving
rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims,
number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur?

MANHATTAN HOUSE COURT BUILDING

B.    Where in the institution did the events giving rise to your claim(s) occur?

ONE HOGAN PLACE, DISTRICT ATTORNEY SIDE OF THE MANHATTAN
CRIMINAL COURT BUILDING, 6TH FL.

C.    What date and approximate time did the events giving rise to your claim(s) occur?

ON FEBRUARY 29, 2012 AT APPROXIMATELY 1:30/2:00 PM

D.    Facts:    ON FEBRUARY 29, 2012 AT APPROXIMATELY 1:30 PM / 2:00 PM IN THE MANHATTAN CRIMINAL COURT, ON THE DISTRICT ATTORNEY'S SIDE OF THE BUILDING ON THE 6TH FLOOR WHILE HANDCUFFED BEHIND MY BACK

**What happened to you?**

DETECTIVE SEAN BUTLER TOLD ME SO YOU THINK YOUR A TOUGH GUY YOU FUCKING NIGGER THEN BUTLER GRABBED ME BY MY ARMS AND THREW ME ON THE FLOOR AND STARTED TO PUNCH ME ALL OVER MY BODY THATS WHEN JOHN DOE #1, JOHN DOE #2 AND JOHN DOE #3 STARTED TO PUNCH AND KICK ME ALL OVER MY BACK AND BODY AREA.

**Who did what?**

**Was anyone else involved?**

**Who else saw what happened?**

## III.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. PETITIONER WAS URINATING BLOOD DO TO KIDNEY BEING INJURED, SUFFERED BACK AND RIBCAGE PAIN, WAS PLACED ON PAIN MEDICATION AND MUSCLE RELAXER, HAD TO GO TO GET TESTED FOR NUMEROUS MEDICAL EXAMINATIONS. CHRONICAL BACK PAIN AND RIBCAGE PAIN

## IV.    Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes __✓__  No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). G.R.N.L. RICKERS ISLAND CORR. FAC.

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓    No ____    Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____    No ____    Do Not Know ✓

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✓    No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ✓    No ____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? RICKERS ISLAND CORR. FAC. G.R.N.L.

1. Which claim(s) in this complaint did you grieve? I GRIEVED GETTING BEAT UP AND INJURED AT MANHATTAN CRIMINAL COURT, D.A. SIDE OF THE BLDG.

2. What was the result, if any? NO RESPONCE

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. I APPEALED TO THE WARDEN THEN I APPEALED TO C.O.R.C. ALBANY AND TO THE BOAD OF CORRECTION

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: _____

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any:_____

_____

_____

_____

_____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.  SEE ENCLOSED COPIES OF GRIEVANCE AND APPEAL'S .

_____

_____

_____

_____

_____

_____

**Note:**  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

**V.    Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). _____

PUNTIVE DAMAGES 3 MILLION DOLLARS

COMPENSATION      2 MILLION DOLLARS

FOR POLICE BRUTALITY, EXCESSIVE FORCE and causing me physical pain and injuries

_____

_____

_____

_____

_____

_____

_____

_____

**VI.    Previous lawsuits:**

On these claims

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____ No ✓

B.    If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.    Court (if federal court, name the district; if state court, name the county) _____

_____

3.    Docket or Index number _____

4.    Name of Judge assigned to your case _____

5.    Approximate date of filing lawsuit _____

6.    Is the case still pending? Yes _____ No _____

If NO, give the approximate date of disposition _____

7.    What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____

_____

On other claims

C.    Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes _____    No ✓

D.    If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.    Court (if federal court, name the district; if state court, name the county) _____

_____

3.    Docket or Index number _____

4.    Name of Judge assigned to your case _____

5.    Approximate date of filing lawsuit _____

6.    Is the case still pending? Yes _____ No _____

If NO, give the approximate date of disposition _____

7.    What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _10_ day of _ApRil_, 20_12_

Signature of Plaintiff    _Gary Sanders_

Inmate Number    _349 11 365_

Institution Address    _G.R.V.C._

_09-09 HAZEN St._

_E. ELMhURSt_

_NEW YORK 11370_

**Note:**    All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their
inmate numbers and addresses.

I declare under penalty of perjury that on this _9_ day of _ApRil_, 20_12_ I am delivering this
complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the
Southern District of New York.

Signature of Plaintiff:    _Gary Sanders_

# EXHIBIT A

I

TO: GRIEVANCE COMMITTEE G.R.V.C
FR: GARY SANDERS #349 1111365 (13A38)
RE: GRIEVANCE/EXCESSIVE FORCE
DATE: 2/29/012 / POLICE BRUTALITY

DEAR SIR/MADAM,
                        I AM GRIEVING
an incident that happen to me
when I went to court today in
Manhattan.
    I has an order to produce to
Manhattan Criminal Court, which
I happen to be an fake out
ORDER to the District Attorney's
Building one Hogan place for a
Meeting with the A.D.A and My
attorney, but after the meeting
was over and My attorney vacated
the area, I was thrown to the
floor face down while in hand
cuff's behind My back, by police
officer Sean Butler who started
punching Me in My rib cage, back
and kidney area, then he was
assisted by other unidentified
police officer's who also started
joining in hitting Me in My body
                                        2

area, so after they finished assisting me, I was escorted back to J.O.L. by a few police officer's, which I made a complaint to the Capt. who was the supervisor of the 12th floor bridge area, which she made a report and sent me to the medical clinic at the tombs.

I would appreciate if you will investigate this matter soon as possible.

I thank you for your time and cooperation.

RESPECT fully

Gary Sanders

TO: Warden, MS. ARGO G.R.V.C
FR: GARY Sanders #3491111365 (13A38)
RE: GRIEVANCE Appeal
Date: 3/8/012

Dear Madam,
              I am writing you
concerning a Grievance I sent
to the committee here at G.R.V.C.
on 2/29/012, which I never got
no Response, so now I'M
appealing it to you.
    I'M Enclosing a copy of my
PRIOR Grievance for you to Read
and make determination on.
    I look Forward to hear, from
you soon. I thank you for your
time and cooperation.


                    RESPECTFULLy

                    Gary Sanders

TO: Central office REVIEW COMMittee
FR: Gary Sanders #349 1111365
RE: GRIEVANCE Appeals
Date: 3/16/012

Dear Sir/Madam,

I am Writing you
about GRIEVANCE's I submitted to the
GRIEVANCE Committee at G.R.V.C on 2/29/012
and the appeal I sent to Warden Argo
of G.R.V.C on 3/8/012, which I'm now
appealing to you, because I haven't
got no REply.

I'm Enclosing a copy of my prior
GRIEVANCE for you to OVER look and
Make a decision.

I hope to hear from you soon. I
thank you FOR your time and
cooperation.

RESPECTfully

Gary Sanders

# GRIEVANCE APPEAL
# TO THE
# NEW YORK CITY BOARD OF CORRECTION (BOC)

April 6, 2012

Board of Correction (BOC)
49-51 Chambers Street, 9th Floor
New York, New York 10007

To the Board of Correction:

I submitted the enclosed grievance for review by the IGRC, the Warden and the Central Office Review Committee (CORC). As provided in DOC Directive 3375R, I am appealing the denial of my grievance for the reasons stated in my appeal to the Warden and the CORC. I am enclosing a copy of my appeal to the Warden and the CORC and their responses ( if any).

☑   I have been unable to resolve my grievance to my satisfaction because:

I haven't got no type of reply

## AND/OR

☑ **(Check if no reply received)**   It has been more than fifteen (15) working days since I appealed my grievance to the CORC and I have not received a response. I deem my grievance to have been constructively denied by the lack of a response.

As required by Directive 3375R, please issue (or have an independent arbitrator issue) an advisory recommendation on this appeal to the DOC Commissioner within twenty (20) working days. Thereafter, please send me a copy of the Commissioner's final decision within ten (10) working days of the Commissioner's receipt of the Board's recommendation.

_Gary Sanders_
SIGN NAME

GARY SANDERS
PRINT NAME

349 11 11 3/25
BOOK & CASE NUMBER



**THE CITY OF NEW YORK**
**OFFICE OF THE COMPTROLLER**
**CLAIMS AND ADJUDICATIONS**
**1 CENTRE STREET  ROOM 1200**
**NEW YORK, N.Y.  10007-2341**

WWW.COMPTROLLER.NYC.GOV

Michael Aaronson
Chief, Bureau of Law and
Adjustment

015 - 151

**John C. Liu**
**COMPTROLLER**

Date:       03/20/2012
Claim No:  2012PI007572
RE:         Acknowledgment of Claim

GARY SANDERS 3491111365
09-09 HAZEN ST
BRONX, NY 11370

Dear Claimant:

   We acknowledge receipt of your claim, which has been assigned the claim number shown above. Please refer to this claim number in any correspondence or inquiry you may have with our office.

   We will do our best to investigate and, if possible, settle your claim. However, if we are unable to resolve your claim, **any lawsuit against the City must be started within one year and ninety days from the date of the occurrence**.

   If you have any questions regarding your claim, you may contact us at either 212-669-8750 for property damage claims or 212-669-4445 for claims involving personal injury.

Sincerely,
Michael Aaronson